IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Knanila Peterson

Civil Case # 1:17-cv-1281

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Documents 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Knanila Peterson

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's Deceased Party's state of residence at the time of implant:

   VA

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   VA

6. Plaintiff's/Deceased Party's current state of residence:

   VA

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Eastern District of Virginia

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction

   ☒ Diversity of Citizenship

   ☐ Other

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      Plaintiff(s) hereby incorporate paragraphs 6-26 of the Master Complaint.

   b. Other allegations of jurisdiction and venue:

      N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

   ☒ Günther Tulip® Vena Cava Filter

   ☐ Cook Celect® Vena Cava Filter

   ☐ Günther Tulip Mreye

☐ Cook Celect Platinum

☐ Other:

______________________________________________

11. Date of Implantation as to each product:

08/12/2005

12. Hospital(s) where Plaintiff was implanted (including City and State):

Chippenham Medical Center; 7101 Jahnke Road, Richmond, VA 23225

13. Implanting Physician(s):

Dr. H. Andy Park

14. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: Strict Products Liability — Failure to Warn

☒ Count II: Strict Products Liability — Design Defect

☒ Count III: Negligence

☒ Count IV: Negligence Per Se

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Breach of Applicable Virginia Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☐ Other: ____________________ (please state the facts supporting this Count in the space immediately below)

☒ Other: _Fraudulent Concealment_ (please state the facts supporting this Count in the space immediately below)

Additional facts supporting Counts I, III, VI, VII, and Fraudulent Concealment are included in Exhibit "A" which is incorporated by reference herein.

15. Attorney for Plaintiff(s):

Stuart L. Goldenberg (MN Bar No. 0158719), Noah C. Lauricella (MN Bar No. 0397896), and Benjamin E. Buford (SDTX Bar No. 3839158)

16. Address and bar information for Attorney for Plaintiff(s):

Goldenberg Lauricella, PLLC, 800 LaSalle Avenue, Suite 2150, Minneapolis, MN 55402. Please see above for attorney bar information.

Dated: August 17, 2026

*/s/ Stuart L. Goldenberg*
Stuart L. Goldenberg
Noah C. Lauricella
Benjamin E. Buford
Goldenberg Lauricella, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 54502
Tel.: (612) 333-4662
Fax: (612) 367-8107
slgoldenberg@goldenberglaw.com
nlauricella@goldenberglaw.com
bbuford@goldenberglaw.com

*Attorneys for Plaintiff(s)*